IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JERRY BROWN, )
)
          Plaintiff, )
)
  v. ) No. 05 C 2460
)
ILLINOIS DEPARTMENT OF )
NATURAL RESOURCES, )
)
          Defendant. )

## AMENDMENT TO MEMORANDUM OPINION AND ORDER

Defense counsel has called this Court's attention to two typographical errors in its February 9, 2009 memorandum opinion and order ("Opinion"), in each instance involving a mistaken reference to a date. Accordingly the text of the second paragraph of the Opinion's section captioned "Time Limitations on Brown's Claims" is hereby amended to read:

> Because Brown's EEOC charge on which he pegs this case was filed on October 15, 2004, he must rely solely on any discriminatory acts committed on or after December 20, 2003. Despite Brown's persistence in referring to actions (or inaction) by Center before that date,[4/] this opinion will treat as potentially actionable only any post-December 19, 2003 conduct by Department.

                          _____
                          Milton I. Shadur
                          Senior United States District Judge

Date: February 11, 2009